## Commonwealth *v.* Spartis, Appellant.

Argued November 10, 1970. *Edward F. Urbanik,* with him *Thomas Levendos,* and *Royston, Robb, Leonard, Edgecombe, Miller & Shorall,* for appellant; *Carol Mary Los,* Assistant District Attorney, with her *Robert L.*

*Campbell,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.